AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| CAPELLA PHOTONICS, INC.<br><br>*Plaintiff(s)*<br>v.<br>FUJITSU NETWORK COMMUNICATIONS, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:20cv76-JRG<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FUJITSU NETWORK COMMUNICATIONS, INC.
c/o CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS, TX 75201-3140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles Everingham IV
Ward, Smith & Hill, PLLC
PO Box 1231
Longview, Texas 75606
(903) 757-6400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **3/23/20**

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20cv76-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**    **Save As...**    **Reset**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20cv76-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FUJITSU NETWORK COMMUNICATIONS, INC., was received by me on *(date)* Mar 23, 2020, 1:35 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KIMBERLY HIGHTOWER, who is designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION SYSTEM, THE REGISTERED AGENT FOR FUJITSU NETWORK COMMUNICATIONS, INC. on *(date)* Mon, Mar 23, 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 3/23/20

*Server's signature*

Eric Harris - Process Server - PSC-15954 Exp. 11/30/20
*Printed name and title*

1910 Pacific Avenue, Suite 16700, Dallas, TX 75201
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 23, 2020, 1:40 pm at 1999 BRYAN ST, DALLAS, TX 75201 received by FUJITSU NETWORK COMMUNICATIONS, INC., BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, WHERE THE DOCUMENT WAS ACCEPTED BY KIMBERLY HIGHTOWER, INTAKE SPECIALIST .

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL ACTION, PLAINTIFF CAPELLA PHOTONICS, INC.'S COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBIT A-B AND CIVIL COVER SHEET.