**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CAPELLA PHOTONICS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:20-cv-00076-JRG |
| | § | |
| FUJITSU NETWORK COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

It is **ORDERED** that Don Tiller be appointed as the Courts' technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Don Tiller's contact information is as follows:

Don Tiller D.
Tiller Law PLLC
2501 Parkview Drive, Suite 312
Fort Worth, TX 76102
Phone: 817-928-4361
Email: don.tiller@dtillerlawpllc.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to don.tiller@dtillerlawpllc.com. If the document was filed with the Court, the copy must include the CM/ECF header.

**SIGNED this 15th day of December, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE