**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CAPELLA PHOTONICS, INC. | § | |
| | § | |
| v. | § | Case No. 2:20-CV-0076-JRG |
| | § | |
| FUJITSU NETWORK | § | |
| COMMUNICATIONS, INC. | § | |
| | | |
| CAPELLA PHOTONICS, INC. | § | |
| | § | |
| v. | § | Case No. 2:20-CV-0077-JRG |
| | § | |
| INFINERA CORPORATION, ET AL. | § | |

**ORDER**

Previously, the Court appointed Don Tiller as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed.   Mr. Tiller's contact information has changed and his updated information is as follows:

Donald Edward Tiller
D. Tiller Law PLLC
817-875-7052 (cell)
817-928-4361 (office)
2501 Parkview Drive, Suite 312
Fort Worth, TX 76102
FAX: 817-928-4346
Email: don.tiller@dtillerlawpllc.com

The Court has received Mr. Tiller's invoice for services through February 2, 2021 in the amount of $32,655.00 and hereby **ORDERS** payment to be promptly made to Mr. Tiller within thirty (30) days of this Order as follows:

| | |
|---|---|
| Plaintiff: | $16,327.50 |
| Defendants: | $16,327.50 |

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Tiller on behalf of all Defendants.

**SIGNED this 2nd day of February, 2021.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE