# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC., <br><br> Plaintiff <br><br> v. <br><br> FUJITSU NETWORK COMMUNICATIONS, INC., <br><br> Defendant. | Civ. No. 2:20-cv-00076 <br><br> **JURY TRIAL DEMANDED** |

### DECLARATION OF NATHANIEL T. BROWAND IN SUPPORT OF FUJITSU NETWORK COMMUNICATIONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFULNESS

I, Nathaniel T. Browand, hereby declare as follows:

1. I am an attorney at the law firm of Milbank LLP and am counsel for Defendant Fujitsu Network Communications, Inc. ("FNC") in this lawsuit.

2. I respectfully submit this declaration in support of FNC's Motion for Partial Summary Judgment of No Willfulness. I declare that the following statements are true to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances.

3. Attached as Exhibit A hereto is a true and correct copy of excerpts of the "Expert Report of Professor David Teece," served in this lawsuit.

4. Attached as Exhibit B hereto is a true and correct copy of excerpts of the "Expert Report of Dr. Wayne Knox Regarding Infringement by Fujitsu Network Communications, Inc," served in this lawsuit.

5. Attached as <u>Exhibit C</u> hereto is a true and correct copy of Plaintiff Capella Photonics, Inc.'s Objections and Responses to Defendant's Second Set of Interrogatories (Nos. 12-20), dated March 15, 2021, and served in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2021                              Respectfully submitted,

/s/ *Nathaniel T. Browand*
Nathaniel T. Browand

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 26, 2021.

By:    /s/ *Nathaniel T. Browand*
       Nathaniel T. Browand