# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC., <br><br> Plaintiff <br><br> v. <br><br> FUJITSU NETWORK COMMUNICATIONS, INC., <br><br> Defendant. | Civ. No. 2:20-cv-00076 <br><br> **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER ON FUJITSU NETWORK COMMUNICATIONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFULNESS

BEFORE THE COURT is Defendant Fujitsu Network Communications, Inc.'s Motion for Partial Summary Judgment of No Willfulness. The Court has considered the Motion and finds that it should be and is hereby GRANTED.

SIGNED this _____ day of _____, 2021.