# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC., § § § *Plaintiff,* § § v. § CIVIL ACTION NO. 2:20-CV-00076-JRG § FUJITSU NETWORK § COMMUNICATIONS, INC., § § § *Defendant.* § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Capella Photonics, Inc. ("Capella") and Defendant Fujitsu Network Communications, Inc. ("FNC"). (Dkt. No. 97). In the Motion, the parties request a thirty (30) day stay of all deadlines because they have agreed in principle on a settlement agreement and are in the process of finalizing the agreement.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 7th day of May, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE